# PROCEEDINGS OF SUPREME COURT

## MOTION DOCKET

Breck v. Roloway Motor Co. .................... 19968
Brunhoff Mfg. Co. v. Schults .................... 19980
Cleveland Household Sup. Co. v. Burke ......... 20058
Glidden Co. v. Keith Prop. Co................... 20004
Katkevich et v. Goodman ........................ 20047
Kerman et v. Ashland B. & L. Co.............. 19863
Koch v. Carr ................................. 20070
Lake Erie Co. v. Belmore Bank. Co............. 19976
McGuire v. Talbott ........................... 19821
Nat. Liberty Ins. Co. v. Sturtevant-J. Co....... 19946
Romanowski v. Hoff ........................... 20045
Ruff v. Nash ................................. 20105
Schaaf v. Second Nat. Bk. of Bucyrus .......... 20001
Standard Mot. Sales Co. v. Miller ............... 20108
Stern et v. Beverly Co......................... 19983
State v. Cook ................................ 20079
Stoltz, Ex. v. Monnett et ..................... 19940
Tillman v. Toledo ............................ 20030
Toledo (City) v. Detroit Fid. & S. Co.......... 19985
Zeigler Milling Co. v. Second Nat. Bk.......... 19989

## PROCEEDINGS

## OHIO SUPREME COURT

### TUESDAY, NOV. 30, 1926

### MOTION DOCKET

19821—Minnie McGuire v. Lotta Talbott et al. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 5-18-26, 4 Abs. 322; OS. Pend. 4 Abs. 407.

19863—Mary S. Kerman et v. Ashland Bldg. & Loan Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 6-4-26, 4 Abs. 380; OS. Pend. 4 Abs. 522.

19940—A. G. Stoltz as Extr. v. Wallace L. Monnett et. Motion for Crawford Appeals to certify. Overruled. Dock. 6-28-26, 4 Abs. 476; OS. Pend. 4 Abs. 605.

19946—National Liberty Ins. Co. v. Sturtecant-Jones Co. Motion for Lucas Appeals to certify. Allowed. Dock. 7-1-26, 4 Abs. 476; OS. Pend. 4 Abs. 605.

19968—Theodore Breck v. Rolloway Motor Co. Motion for Lucas Appeals to certify. Overruled. Dock. 7-12-26, 4 Abs. 493; OA. 4 Abs. 600; OS. Pend. 4 Abs. 652.

19976—Lake Erie Lbr. & Supply Co. v. Belmore Banking Company. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-14-26, 4 Abs. 493; OS. Pend. 4 Abs. 665.

19980—Brunhoff Mfg. Co. v. Rosa Schultz. Motion for Hamilton Appeals to certify. Overruled. Dock. 7-15-26, 4 Abs. 493; OS. 4 Abs. 664.

19983—Adolph Stern et v. Beverly Co. Motion for Lucas Appeals to certify. Overruled. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 620.

19989—Zeigler Milling Co. v. Second Nat'l Bank of Bucyrus. Motion for Crawford Appeals to certify. Overruled. Dock. 7-19-26, 4 Abs. 510; OA. 4 Abs. 550; OS. Pend. 4 Abs. 666.

19995—City of Toledo v. Detroit Fidelity & Surety Co. Motion for Lucas Appeals to certify. Overruled. Dock. 7-20-26, 4 Abs. 510; OS. Pend. 4 Abs. 668.

20001—Paul E. Schaaf et v. Second National Bank of Bucyrus, Ohio. Motion for Sandusky Appeals to certify. Overruled. Dock. 7-22-26, 4 Abs. 510; OS. Pend. 4 Abs. 706.

20004—Glidden Co. v. Keith Cleveland Properties Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-24-26, 4 Abs. 511; OS. Pend. 4 Abs. 907.

20030—Joseph L. Tillman v. City of Toledo. Motion for Lucas Appeals to certify. Overruled. Dock. 7-31-26, 4 Abs. 525; OA. 4 Abs. 550; OS. Pend. 4 Abs. 740.

20045—Boleshlaw Romanowski, Admr. v. Earl Hoff. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 8-4-26, 4 Abs. 542; OS. Pend. 4 Abs. 738.

20047—William Katkevich et v. Rose Goodman. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 8-5-26, 4 Abs. 542; OS. Pend. 4 Abs. 740.

20058—Cleveland Household Supply Co. v. Anna Burke. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 8-10-26, 4 Abs. 557.

20070—Ella M. Koch v. Harry C. Carr. Motion for Crawford Appeals to certify. Overruled. Dock. 8-24-26, 4 Abs. 590; OS. Pend. 4 Abs. 755.

20079—In Matter of the Exceptions of the Prosecuting Attorney, State of Ohio v. John Cook. Motion for leave to file bill of exceptions to common pleas court of Jefferson county. Overruled. Dock. 8-31-26, 4 Abs. 606; OS. Pend. 4 Abs. 756.

20105—Lewis E. Ruff v. Charles Nash. Motion for Fairfield Appeals to certify. Overruled. Dock. 9-29-26, 4 Abs. 670.

20108—Standard Motor Sales Co. v. Mary C. Miller. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 9-30-26, 4 Abs. 670.

# Weekly Report of NEW CASES DOCKETED

## NEW CASES DOCKETED

Breem v. State ...........................: ........ 20199
Col. & aZnes. Trans. Co. v. Pub. Util. Com. 20201-20202
DeVaughn v. Shields-Cutter Co. .................. 20187
Graham v. McQuiston .......................... 20197
Jankowski v. Zeminski ......................... 20190
Konigsberg v. Lamports Co. ..................... 20188
Levitz v. Youngstown (City) .................... 20193
Lupson v. Zink ............................... 20189
Met. Securities Co. v. Warren State Bk.......... 20194
Miller v. Hosack ............................. 20195
Robinson v. Penn. Rd. Co......................... 20196
Reaugh v. Reaugh ............................. 20192
South. Ohio Pub. Ser. Co. v. Pub. Util. Com..... 20200
State ex McClintock f. Diehl .................... 20191
State ex Haag v. Ross et ........................ 20186
State ex v. Vargo ........................... 20203
Warren Salem Coach Line Co. v. Pub. Util. Com. 20198

### NOV. 24, 1926

20186—State of Ohio ex rel Baron F. Haag v. Dr. A. O. Ross et. In mandamus. S. L. O'Harra, Springfield, for pltf.

20187—Marcellus DeVaughn v. Shields-Cutter Co; motion for Cuyahoga Appeals to certify. Hine & Flory, Cleveland, for pltf; Mooney, Hahn, Loeser & Keough, Cleveland, for deft.